DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Cynthia Hopson**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, | Case No.: 1:17-cv-01745-LJO-SKO |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **ASTIFNAS ALBERT**, as an individual and doing business as "One Stop Food and Gas", **CHRISTOPHER ALBERT**, as an individual and doing business as "One Stop Food and Gas", **NL AND SONS INC**, as an entity and doing business as "One Stop Shop", **MIGUEL ANGEL TOSCANO**, **ROSALINDA TOSCANO** and **DOES** 1-50, Inclusive, | |
| Defendants. | |

NOTICE OF DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

1

**LET THIS HONORABLE COURT TAKE NOTICE:**

    Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled with the remaining Defendants.  Plaintiff also requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:  May 2nd, 2018                                          /s/ Daniel Malakauskas
                                                              By: Daniel Malakauskas
                                                              Attorney for Plaintiff