1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| CYNTHIA HOPSON, | No. 1:17-cv-01745-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS ASTIFNAS ALBERT and CHRISTOPHER ALBERT |
| ASTIFNAS ALBERT dba ONE STOP FOOD AND GAS, et al,, | |
| | (Doc. 7) |
| Defendants. | |

On May 1, 2018, Plaintiff filed a Notice of Voluntary Dismissal, of Defendants Astifnas Albert and Christopher Albert with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 7.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

| | |
|---|---|
| 1 | F.3d 688, 692 (9th Cir. 1997). |
| 2 | Because Plaintiff filed a notice of dismissal of this case with prejudice under Rule |
| 3 | 41(a)(1)(A)(i), this case has automatically terminated as to Defendants Astifnas Albert and |
| 4 | Christopher Albert. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk of the Court is |
| 5 | directed to TERMINATE Defendants Astifnas Albert and Christopher Albert. |
| 6 | This case shall remain OPEN pending resolution of Plaintiff's case against the remaining |
| 7 | defendants. |
| 8 | |
| 9 | IT IS SO ORDERED. |
| 10 | Dated: **May 2, 2018** /s/ *Sheila K. Oberto* |
| 11 | UNITED STATES MAGISTRATE JUDGE |