1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CYNTHIA HOPSON,                              No.  1:17-cv-01745-LJO-SKO

12                     Plaintiff,

13            v.                                   ORDER DIRECTING THE CLERK OF THE
                                                   COURT TO CLOSE THE CASE
14    NL AND SONS, INC., doing business as
      One Stop Shop, et al.,                       (Doc. 13)
15
                      Defendants.
16

17

18         On August 1, 2018, Plaintiff filed a Notice of Dismissal with Prejudice, in which she

19    notifies the Court of the dismissal of this action with prejudice.  (Doc. 13.)  Plaintiff filed this

20    notice before the opposing parties served either an answer or a motion for summary judgment.

21    As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of

22    Civil Procedure 41(a)(1)(A)(i).  The Court therefore DIRECTS the Clerk to close this case.

23
      IT IS SO ORDERED.
24

25    Dated:   **August 2, 2018**                       /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28